# Exhibit 2

| | |
|---|---|
| **URL** | https://www.lobblegirlsclothing.com/about/ |
| **Date captured** | January 24th 2022, 11:31:51AM |
| **Last updated** | January 24th 2022, 11:31:51AM |
| **Hash** | f03219a88366ad8bb91a3f365da9c3ba03f2a71caf1a11cac1d46cd3ebabd112 |







# About



## Our Story

We aim at providing our little ones with the best tha
dress in a way that inculcates a great dressing se
mind we are constantly improving our products and
our customers.

We deal with a variety of clothing options to
miscellaneous accessories that enhance the overall




FOR CUSTOM
Shop
My Account
Search

My Account

Orders

Lost Password

**QUICK LINKS**

Home

Shop

Privacy Policy

Return & Refund Policy

Terms & conditions

**ADDRESS**

Lobble Alluring
373 E. Shaw Av
Fresno, CA 937

**Phone:** +1-844

**Email:** support

Copyright © 2020 | Lobble Alluring Blooms, LLC – All Rights Reserved.

Shop

My Account

Search






## Our Story

We aim at providing our little ones with the best that we can afford. So why not make them dress in a way that inculcates a great dressing sense in them and with this vision in our mind we are constantly improving our products and are planning to give the best we can to our customers.

We deal with a variety of clothing options to choose from active wear, skirts, and miscellaneous accessories that enhance the overall look and personality of the customers.



| | |
|---|---|
| **URL** | https://www.lobblegirlsclothing.com/wp-content/uploads/2020/08/about-us.png |
| **Date captured** | January 24th 2022, 11:31:48AM |
| **Last updated** | January 24th 2022, 11:31:48AM |
| **Hash** | ae44b2d89071d5538ceb6a403f22c23b2467069a682e5c9f9aefe8d12d85f5bc |




https://www.lobblegirlsclothing.com/wp-content/uploads/2020/08/about-us.png